JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA SAGRARIO MEJIA D.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:22-cv-07336-PD <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Vacated and this matter is Remanded to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

DATED: February 26, 2024

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.