LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BLANCA SAGRARIO MEJIA DE CASTELLON,<br>   Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY[1]<br>Commissioner of Social Security,<br><br>   Defendant. | No: 2:22-cv-07336-PD<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS ($5,000.00) and zero costs, subject to the terms of the stipulation.

DATE: April 09, 2024    _____
                                  HON. PATRICIA DONAHUE
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley, Commissioner of Social Security, is substituted for his predecessor, whom Plaintiff named in the Complaint. See 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).